# Exhibit A

EEOC RECEIVED 7/12/2023

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 440-2023-08211 |

**Illinois Department of Human Rights** and EEOC
*State or local Agency, if any*

**Name** (indicate Mr., Ms., Mrs., Mx.): Ms. Lisa M. Diaz
**Home Phone** (Incl. Area Code): [redacted]
**Date of Birth**: [redacted]

**Street Address**: [redacted]
**City, State and ZIP Code**: [redacted]
**Email Address**: [redacted]

**Street Address**: c/o Nathan Volheim, Sulaiman Law Group, 2500 S. Highland Ave., #200, Lombard, IL 60148
**Email Address**: employment@sulaimanlaw.com

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

**Name**: Sweet Home Kitchen & Bath, Inc.
**No. Employees, Members**: 15+
**Phone No.**: (708) 234-1700
**Street Address**: 4620 Roosevelt Road
**City, State and ZIP Code**: Hillside, IL 60162

**No. Employees, Members**: 15+

**DISCRIMINATION BASED ON** (Check appropriate box(es).):
☐ RACE ☐ COLOR ☒ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☐ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION
☒ OTHER (Specify below.) Pregnancy

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: 12/20/2022
Latest: 02/03/2023
☐ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

I, Lisa Diaz, was hired at Sweet Home Kitchen & Bath, Inc. as an Estimator on or around April 1, 2018 until I was unlawfully terminated on or around February 3, 2023, on the basis of my sex (female) and my pregnancy.

The following is a non-exhaustive list of the sex and pregnancy discrimination and retaliation I was subjected to:

In December of 2022 I received an excellent performance review. On or around December 20, 2022 I informed my employer about my pregnancy. I was four months pregnant at the time.

I asked several questions about my employer's policy for maternity leave, my employer seemed confused and did not have answers for me. The policy was never discussed or shared with me.

On February 3, 2023 I was fired. My employer claimed it was for financial reasons.

However, after I was fired I saw that my exact position was posted on job boards such as Ziprecruiter.com.

Thus, I have been discriminated against on the basis of my sex (female), my pregnancy and retaliated against in violation of Title VII of the Civil Rights Act of 1964, as amended, Pregnancy Discrimination Act of 1978, as amended and (775ILCS 5/) Illinois Human Rights Act.

---

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

**NOTARY** – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

I declare under penalty of perjury that the above is true and correct.

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

07 / 11 / 2023
Date

*Lisa Diaz*
Charging Party Signature

Doc ID: 6fc7f5b84f251248de98a9316e635870f8f379a0



Audit trail

| | |
|---|---|
| Title | EEOC Charge for Signature |
| File name | SIGNATURE needed ...rge Lisa Diaz.pdf |
| Document ID | 6fc7f5b84f251248de98a9316e635870f8f379a0 |
| Audit trail date format | MM / DD / YYYY |
| Status | • Signed |

## Document History

**SENT** — 07 / 11 / 2023 — 19:41:13 UTC
Sent for signature to
from krevich@sulai
IP: 50.221.176.242

**VIEWED** — 07 / 11 / 2023 — 20:48:34 UTC
Viewed by Lisa Diaz
IP: 98.193.53.157

**SIGNED** — 07 / 11 / 2023 — 20:54:09 UTC
Signed by Lisa Diaz
IP: 98.193.53.157

**COMPLETED** — 07 / 11 / 2023 — 20:54:09 UTC
The document has b

Powered by Dropbox Sign