# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LISA DIAZ, | ) |
| | ) |
| Plaintiff, | ) Case: 1:23-cv-14394 |
| | ) |
| v. | ) |
| | ) |
| SWEET HOME KITCHEN & BATH, INC., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated between Plaintiff, Lisa Diaz, and Defendant Sweet Home Kitchen & Bath, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that this action is dismissed with prejudice and without right to refile or reinstate. Each party shall bear its or her own attorney's fees, costs and expenses.

Dated this 8th day of May, 2024.

AGREED TO BY:

/s/ Travis P. Lampert,
Travis P. Lampert, Esq.
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Phone (630) 575-8181
tlampert@sulaimanlaw.com

*Counsels for Plaintiff*

/s/ Michael Kozlowski
Michael Kozlowski, Esq.
Esbrook P.C.
321 N. Clark Street, Suite 1930
Chicago, IL 60654
Phone: 312.319-7682
michael.kozlowski@esbrook.com

*Counsel for Defendant*